THOMAS A. WOODS (SB #210050)
thomas.woods@stoel.com
BAO M. VU (SB #277970)
bao.vu@stoel.com
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA 95814
Telephone: (916) 447-0700
Facsimile: (916) 447-4781

Attorneys for Plaintiff
ARROW ELECTRONICS, INC.

SUSAN B. LUCE (SB #120843)
SLuce@diemerwhitman.com
DIEMER WHITMAN & CARDOSI
100 W. San Fernando St., Ste. 555
San Jose, CA 95113
Telephone: (408) 971-6270

Attorneys for Defendant
SAE MATERIALS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| ARROW ELECTRONICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SAE MATERIALS, INC., <br><br> Defendant. | Case No. 5:17-CV-01247-EJD <br><br> **[PROPOSED] ORDER GRANTING STIPULATED MOTION TO DISMISS WITHOUT PREJUDICE** |

This matter comes before the Court on the Stipulated Motion to Dismiss Without Prejudice filed by the parties in this litigation. The Court, having considered the same and being duly advised in the premises, HEREBY GRANTS the motion and ORDERS that the above-captioned action is DISMISSED WITHOUT PREJUDICE in its entirety, with each party to bear its own costs and fees incurred in this action.

1    IT IS SO ORDERED.

3    Dated: July 5, 2017

                                                   United States District Court Judge